15447

MERRIMON v. McCAIN

(21 S. E. (2d), 404)

78

80

82

84

*Mr. A. S. Merrimon,* of Sumter, Counsel for Appellant,

*Mr. Wayne Law Clifton,* of Sumter, Counsel for Respondent,

July 22, 1942.

*Per Curiam:*

After a careful study and consideration of the record in this case, in the light of the issues made by the exceptions, we are of the opinion that the Circuit Court in its decree correctly decided the case. We adopt that decree as the judgment of this Court. Let it be reported.

Judgment affirmed.

MR. CHIEF JUSTICE BONHAM, MESSRS. ASSOCIATE JUSTICES FISHBURNE and STUKES, and CIRCUIT JUDGE G. DEWEY OXNER, ACTING ASSOCIATE JUSTICE, concur.